

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00671-CV

JOEL A. KOLB AND TRACEY A. KOLB, Appellants

V.

EDWARD S. SCARBROUGH, INDIVIDUALLY AND AS TRUSTEE FOR ECS
TRUST, ECS TRUST, AND CHERYL SCARBROUGH, Appellees

Appeal from the 268th District Court of Fort Bend County.
(Tr. Ct. No. 13-DCV-205374).

**TO THE 268TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 26th day of March 2015, the case upon appeal to revise

or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed
> by the trial court on July 11, 2014. After submitting the case
> on the appellate record and the arguments properly raised by
> the parties, the Court holds that the trial court's judgment
> contains no reversible error. Accordingly, the Court **affirms**
> the trial court's judgment.
>
> The Court **orders** that the appellants, Joel A. Kolb and
> Tracey A. Kolb, jointly and severally, pay all appellate costs.
>
> The Court **orders** that this decision be certified below
> for observance.

Judgment rendered March 26, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 5, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

